**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CLIFFORD T. NEWMAN,** | : | |
| | : | |
| Petitioner | : | CIVIL NO. 1:CV-06-2231 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| **GEORGE PATRICK,** | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 13th day of December, 2007, upon consideration of Petitioner's motion to set aside judgment (Doc. 25) and motion for briefing schedule (Doc. 23), **IT IS HEREBY ORDERED THAT** the motions (Docs. 25 & 23) are **DENIED** as premature, as Petitioner's petition for writ of habeas corpus (Doc. 1), addressing the same issue as presented in the motion to set aside judgment (Doc. 25), is currently under consideration by this Court. The motion for leave to proceed in forma pauperis (Doc. 24) is **DENIED** as moot, as the Court has already accepted the required filing fee in this case (see Doc. 8).

                                               s/ Yvette Kane
                                               Yvette Kane, Chief Judge
                                               Middle District of Pennsylvania